UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CONSANDRA AMERSON, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1071-RLH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF CLARK, etc., *et al*., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on a Stipulation and Request to Extend Discovery and Other Deadlines (#16).

The Court having reviewed the Stipulation (#16) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before June 9, 2011, the parties shall file a supplement to the Stipulation and Request to Extend Discovery and Other Deadlines (#16). The supplement shall include a <u>specific date for EACH item of discovery</u> that is scheduled.

DATED this  7th  day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge