# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Consandra Amerson,

                Plaintiff,

    V.

Clark County Department of Juvenile Services, et al.

                Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:10-cv-01071-RLH -RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Defendants Clark County Department of Juvenile Services, Clark County Department of Family Services, and Clark County and against Plaintiff Consandra Amerson for costs in the amount of $1,836.52.

| January 26, 2012 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |